IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FRANKLIN WALKER,**<br><br>*Plaintiff*,<br><br>**v.**<br><br>**JANSSEN PHARMACEUTICAL, INC., et al.,**<br><br>*Defendants.* | **CASE NUMBER: 2:16-cv-06007** |

**PLAINTIFF'S MOTION TO FILE A REPLY BRIEF IN RESPONSE TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO REMAND TO COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY**

Plaintiff(s) respectfully join(s) in and incorporate(s) Plaintiff's Motion to File a Reply Brief In Response to Defendants' Opposition to Plaintiff's Motion to Remand to State Court filed in the case *Arthur Portnoff vs. Janssen Pharmaceuticals, Inc., et al.*, Civil Action No: 2:16-cv-05955. A copy of the motion, which was filed with the Court on December 30, 2016, is attached as Exhibit A.

WHEREFORE, Plaintiff respectfully requests this Honorable Court to remand this case to the Court of Common Pleas of Philadelphia County, Pennsylvania.

Dated: <u>December 30, 2016</u>  

Respectfully submitted,

/s/ Michael M. Weinkowitz
Michael M. Weinkowitz, Esquire
(Attorney ID No. 76033)
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500
MWeinkowitz@lfsblaw.com
*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FRANKLIN WALKER,**  *Plaintiff*,  **v.**  **JANSSEN PHARMACEUTICAL, INC., et al.,**  *Defendants.* | **CASE NUMBER: 2:16-cv-06007** |

## [PROPOSED] ORDER

**AND NOW**, this _____ day of _____, 201_, upon consideration of Plaintiff's Motion to File a Reply Brief in Response to Defendants' Opposition to Plaintiff's Motion to Remand to Court of Common Pleas of Philadelphia County and any response thereto, it is hereby **ORDERED** that this matter is remanded to the Court of Common Pleas of Philadelphia County, Pennsylvania.

BY THE COURT:

_____
J. Mitchell S. Goldberg

## **CERTIFICATE OF SERVICE**

      I, Michael M. Weinkowitz, hereby certify that on the 30th day of December, 2016, I caused a true and correct copy of the foregoing to be served via electronic filing upon the following counsel of record:

              Gregory T. Sturges, Esquire
              Brian T. Feeney, Esquire
              2700 Two Commerce Square
              2001 Market Street
              Philadelphia, PA  19103

                                    /s/ Michael M. Weinkowitz
                                    Michael M. Weinkowitz